IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VALERIE ULREY, | ) | Case No. 1:06-cv-00223 AWI TAG |
|         Plaintiff, | ) ) | ORDER DISQUALIFYING JUDGE, ORDER REASSIGNING CASE AND |
| v. | ) ) | ORDER VACATING AND RESCHEDULING INITIAL |
| BRIAN RICE CONSTRUCTION, INC., | ) ) | SCHEDULING CONFERENCE |
|         Defendant. | ) ) | |

It appears to the undersigned, the Magistrate Judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter.

It is therefore ORDERED that the undersigned HEREBY RECUSES herself as the magistrate judge to whom this case is assigned.

It is FURTHER ORDERED that the Clerk of the Court reassign this case to another magistrate judge for all further proceedings, making appropriate adjustments in the assignments of cases to compensate for such reassignment.  All further pleadings filed with this Court shall use the following new case number: **1:06-cv-00223 AWI LJO.**  Failure to use the correct case number may result in a delay in the document being received by the correct judicial officer.

It is FURTHER ORDERED that the Initial Scheduling Conference previously set for May 31, 2006 at 9:00 a.m. before Magistrate Judge Goldner  is VACATED and RESCHEDULED before Magistrate Judge Lawrence J. O'Neill, United States Courthouse, 2500 Tulare Street,

1  Fresno, California on  May 31, 2006 at 8:45 a.m. in Courtroom 8.  Counsel are encouraged to
2  attend the scheduling conference by telephone by arranging a one-line conference call and
3  telephoning the Court at (559) 499-5680.

5  IT IS SO ORDERED.

6  Dated:   **May 25, 2006**                                **/s/ Theresa A. Goldner**
   **j6eb3d**                                               UNITED STATES MAGISTRATE JUDGE