# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ULREY,<br><br>        Plaintiff,<br>  vs.<br><br>BRIAN RICE CONSTRUCTION, INC.,<br><br>        Defendant.<br>_____/ | CASE NO. CV-F-06-0223 AWI LJO<br><br>**MODIFICATION OF SCHEDULING CONFERENCE ORDER** |

This Court conducted a May 31, 2006 scheduling conference and issued a Scheduling Order on June 6, 2006. For good cause shown, this Court modifies the Scheduling Order as follows:

1. Page 1, line 28 shall read: "Defendant Brian Rice Construction, Inc. appeared by telephone by counsel David Blaine."

2. The deadline for Disclosure of Supplemental Experts shall be changed to March 1, 2007 and page 4, line 17 shall read: "Supplemental expert witness disclosures by any party shall be served no later than **March 1, 2007.**"

**IT IS SO ORDERED.**

**Dated:   June 13, 2006**                      /s/ Lawrence J. O'Neill
**b9ed48**                                  **UNITED STATES MAGISTRATE JUDGE**