# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ULREY, | CASE NO. CV-F-06-0223 AWI LJO |
| Plaintiff, | **MODIFICATION OF SCHEDULING CONFERENCE ORDER** |
| vs. | |
| BRIAN RICE CONSTRUCTION, INC., | |
| Defendant. / | |

This Court conducted a May 31, 2006 scheduling conference and issued a Scheduling Order on June 6, 2006. For good cause shown, this Court modifies the Scheduling Order as follows:

    1.    Page 1, lines 17-18 shall read: "Pretrial Motion Filing Deadline: May 17, 2007."

**IT IS SO ORDERED.**

**Dated:**   **June 16, 2006**                **/s/ Lawrence J. O'Neill**
**b9ed48**                                        **UNITED STATES MAGISTRATE JUDGE**