Paul Lafranchise, Esq., State Bar No. 122528
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418

*Attorneys for Brian Rice Construction, Inc.*

Randy Rumph, Esq., State Bar No. 232235
ATTORNEY AT LAW
1401 19th Street, Suite 117
Bakersfield, California 93301
Telephone: (661) 322-4600
Facsimile: (661) 322-8478

*Attorney for Valerie Ulrey*

**FILED**
NOV 7 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VALERIE ULREY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN RICE CONSTRUCTION, INC., <br><br> Defendant. | Case No. 1:06-CV-00223-~~NEW~~ LJO <br><br> ~~[PROPOSED ORDER ON]~~ <br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Assigned to Hon. Judge Lawrence J. O'Neill <br> Fresno, Courtroom 8 <br><br> Complaint Filed: February 27, 2006 |

IT IS HEREBY ORDERED as stipulated by and between the parties to this action through their respective counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: November 7, 2006

_____
Hon. Judge Lawrence J. O'Neill